NUNEZ, AMAURI & ZINEA

Claim 000011, Payment 5.00%
Meadowcrest Hospital

**BANK OF AMERICA, N.A.**

09-11453
CHECK NUMBER
1016

32-1/1110 TX
0

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

| DATE | AMOUNT |
|---|---|
| 04/04/11 | **********25.01 |

1906882

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 09-11453 | B | Debtor: NUNEZ, AMAURI |
| | | Joint Debtor: NUNEZ, ZINEA GONZALEZ |

United States Bankruptcy Court
Clerk of Court
500 Poydras Street B-601
New Orleans, LA 70130

*Twenty Five Dollars And 01/100*

*Barbara Rivera-Fulton*
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001016⑈ ⑆111000012⑆ 4437859875⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228401    - KW
* * C O P Y * *
April 04, 2011
14:00:13

TREASURY REGFUND
09-11453

Debtor.: AMAURI NUNEZ
Trustee: Barbara Rivera-Fulton
Amount.:                  $25.01 CH
Check#.: 1016

Total-> $25.01

FROM: RIVERA FULTON

APRIL 4, 2011
DEPOSITED TO 6047BK
DUE: MEADOWCREST Hospital

BK#16

**Barbara Rivera-Fulton**
Chapter 7 Trustee
(504) 861-9200

P.O. Box 19980
New Orleans, Louisiana 70179

April 4, 2011

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

RE: NUNEZ, AMAURI & NUNEZ, ZINEA GONZALEZ, USBC No. 09-11453 B

Dear Clerk:

Enclosed please find a check payable to the U. S. Bankruptcy Court for $25.01 drawn on the account for the above bankruptcy estate which represents Meadowcrest Hospital dividends for claim No. 11, no account number provided by debtors. It was returned as "unable to forward" by the USPS.

Accordingly, I ask that you please deposit the funds in the registry of the court as per 11 U.S.C. §347(a).

Very truly yours,

*Barbara Rivera-Fulton*

Barbara Rivera-Fulton
Chapter 7 Trustee

enclosure