IN RE: NUNEZ, AMAURI & ZINEA          CASE NO. 09-11453

**BANK OF AMERICA, N.A.**

CHECK NUMBER

Claim 000010, Payment 5.00%
Overdrawn Acct. — Hibernia

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

32-1/1110 TX
0

**1018**

| DATE | AMOUNT |

06/16/11        ***********7.50

1939721

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 09-11453 | B | Debtor: NUNEZ, AMAURI |
| | | Joint Debtor: NUNEZ, ZINEA GONZALEZ |

United States Bankruptcy Court
500 Poydras St. B-601
New Orleans, LA 70130

*Seven Dollars And 50/100*

*Barbara Rivera-Fulton*
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001018⑈ ⑆111000012⑆ 443785975⑈

6/20/11
DEPOSITED TO UNCLAIMED
UNDER $25.00 (106000)
DUE: HIBERNIA

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228728   - KW
* * C O P Y * *
June 20, 2011
15:44:27


UNC.UNDER$25
09-11453
Debtor.: AMAURI NUNEZ
Trustee: Barbara Rivera-Fulton
Amount.:                  $7.50 CH
Check#.: 1018


Total->   $7.50



FROM: RIVERA FULTON
```