NUNEZ, AMAURI
Claim 00C009, Payment 3.05%
Entergy GSU
P.O. Box 6008
New Orleans, LA 70174

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179   861-9200

**BANK OF AMERICA, N.A.**   CHECK NUMBER

09-11453

32-1/1110 TX
0

**1023**

DATE: 08/10/11
AMOUNT: ***********3.05

1939860
PAY TO THE ORDER OF

United States Bankruptcy Court
LA
500 Poydras St. B-601
New Orleans, LA 70130

| CASE NUMBER | ESTATE OF |
|---|---|
| 09-11453   B | Debtor: NUNEZ, AMAURI |
| | Joint Debtor: NUNEZ, ZINEA GONZALEZ |

Three Dollars And 05/100

Barbara Rivera-Fulton
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000121⑈ ⑆4437859875⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228976   — KW
* * C O P Y * *
August 16, 2011
08:31:06

UNC.UNDER$25
09-11453
Debtor.: AMAURI NUNEZ
Trustee: Barbara Rivera-Fulton
Amount.:          $3.05 CH
Check#.: 1023

Total->   $3.05

FROM: RIVERA FULTON

8/16/11
DEPOSIT TO 106000
TREASURY ACCT.
Due TO: ENTERGY- GSU

CV:

Date: 08/10/11            **DIVIDENDS REMITTED TO THE COURT**            Page: 1

Case Number 09-11453 - NUNEZ, AMAURI

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Entergy GSU<br>P.O. Box 6008<br>New Orleans, LA 70174 | 000009 | 100.00 | 3.05 |
| ---------- Remittance Total --------------- | | 100.00 | 3.05 |

*Barbara Rivera-Fulton* (signature)

Law Ofc. of Barbara Rivera Fulton, Trustee

COURT1            Printed: 08/10/11 12:40 PM   Ver: 16.02b